Susan E. Bishop (SBN 187253)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752

Attorneys for Plaintiff
FRESH & BEST PRODUCE, INC. dba FRESH AND BEST



IT IS SO ORDERED
Judge Edward J. Davila
8/17/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FRESH & BEST PRODUCE, INC. dba FRESH AND BEST, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. WALLAU ENTERPRISES, INC., a California corporation, and MICHAEL F. WALLAU, an individual, and DOES 1 to 10,<br><br>Defendants. | Case No. 5:11 CV 03325 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN THAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

The hearing set for August 19, 2011 at 2:00 PM is VACATED. All pending motions are hereby terminated. The Clerk shall close this file.

Dated: August 16, 2011

By: /s/ Susan E. Bishop
Susan E. Bishop, Attorneys for Plaintiff
FRESH & BEST PRODUCE, INC. dba FRESH AND BEST

**CASE NAME:** Fresh & Best Produce, Inc. v. Michael F. Wallau Enterprises, et al.
**Case Number:** 5:11 CV 03325 EJD

## PROOF OF SERVICE

I am a citizen of the United States. My business address is The PruneYard Tower I, 1901 South Bascom Avenue, Ste. 350, Campbell, CA 95008. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause.

On August 17, 2011, I served the following document described as:

**NOTICE OF VOLUNTARY DISMISSAL**

☒ **BY MAIL:** I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Campbell, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (408) 297-2774 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date after 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

☐ **BY PERSONAL SERVICE:** I caused such documents to be delivered by hand to the offices of

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested party(ies) in this action addressed as follows:

| | |
|---|---|
| MICHAEL F. WALLAU<br>MICHAEL F. WALLAU ENTERPRISES, INC.<br>150 Middlefield Rd.<br>Menlo Park, CA 94025 | Authorized Agent for Defendant MICHAEL F. WALLAU ENTERPRISES, INC. |
| MICHAEL F. WALLAU<br>3000 South Ct.<br>Palo Alto, CA 94306-2460 | Defendant |

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court whose direction of the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2011 at Campbell, California.

                                                  /s/ Emily A. Khasin
                                                  Emily A. Khasin

-1-
PROOF OF SERVICE

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752